TREWHITT *v.* HAYES.

ATKINSON, Presiding Justice. This is a companion case to that of *Simpson* v. *Hayes,* ante, and the judgment is controlled by the decision in that case.

*Judgment affirmed. All the Justices concur.*

No. 17745. ARGUED JANUARY 16, 1952—DECIDED FEBRUARY 11, 1952—REHEARING DENIED MARCH 13, 1952.

*Pittman, Hodge & Kinney, Alston, Foster, Sibley & Miller,* and *Wm. B. Spann Jr.,* for plaintiff.

*Mitchell & Mitchell,* for defendant.